# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2007

Clifford W. Taylor,
Chief Justice

131838 & (20)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ISAAC DARNELL GOODMAN,
      Defendant-Appellant.

SC: 131838
COA: 269924
Oakland CC: 04-199556-FH

_____/

      By order of November 15, 2006, the prosecuting attorney was directed to answer the application for leave to appeal the June 16, 2006 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2007

_____
Clerk

d0418